## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**ANGEL BURRIS, Individually and on
Behalf of all Others Similarly Situated**                                             **PLAINTIFF**

**V.**                                   **CASE NO. 3:23-CV-3008**

**BAXTER COUNTY REGIONAL HOSPITAL, INC.**                            **DEFENDANT**

## ORDER

Currently before the Court is the parties' Agreed Motion for Entry of Representative Discovery Plan. (Doc. 65). The Motion is **GRANTED IN PART** and **DENIED IN PART**.

The Motion is **GRANTED** to the extent of the agreed-to terms of the proposed representative discovery plan set out in the Motion. The Motion is **DENIED** with respect to the disputed terms and the parties are **INSTRUCTED** to proceed as follows:

- Of the 20% of Opt-in Plaintiffs who the parties have agreed will be subject to written discovery, Burris shall select 40% of the Opt-in Plaintiffs who will be subject to written discovery and Baxter shall select the other 60%.

- Baxter is permitted to depose a total of 15 Plaintiffs to include Burris, 5 Opt-in Plaintiffs selected by Burris, and 9 Opt-in Plaintiffs selected by Baxter.

**IT IS SO ORDERED** on this 24th day of September, 2024.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE